United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY MICHAEL MORAN,

Defendant.

Case No.  3:18-cr-00404-CRB-3

**ORDER REASSIGNING CASE TO CAP JUDGE**

The undersigned judge, having received notice of defendant Anthony Michael Moran's acceptance into the Conviction Alternatives Program ("CAP"), hereby reassigns this case to the Hon. Haywood S. Gilliam, Jr., CAP judge, for sentencing and all further proceedings.

All future filings shall bear the new initials HSG immediately after the case number.

**IT IS SO ORDERED.**

Dated:  10/24/2019

Charles R. Breyer
United States District Judge